Kelli L. Taylor, SBN 186100
John E. Spomer III, SBN 204938
Tiffany L. King, SBN 221151
BULLIVANT HOUSER BAILEY PC
1415 L Street, Suite 1000
Sacramento, California  95814
Telephone: 916.930.2500
Facsimile: 916.930.2501
E-mail: kelli.taylor@bullivant.com
E-mail: john.spomer@bullivant.com
E-mail: tiffany.king@bullivant.com

Attorneys for Defendant,
THE SHERWIN-WILLIAMS COMPANY,
erroneously sued herein as SHERWIN-WILLIAMS,
INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUNCION LOPEZ,<br><br>                Plaintiff,<br><br>   v.<br><br>THE CITY OF CHICO; SHERWIN-WILLIAMS, INC.; DOES 1 through 100, inclusive,<br><br>                Defendants. | Case No.: CIV-S-05-1690 LKK DAD<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR HEARING ON MOTION FOR SUMMARY JUDGMENT FROM JANUARY 7 UNTIL JANUARY 31, 2007**<br><br>**Pre-Trial Conf.:**   April 9, 2007<br>**Trial:**                   August 14, 2007 |

   IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the time for hearing Rule 56 Motions for Summary Judgment/Adjudication shall be briefly extended from the January 7, 2007 date specified in the scheduling order until January 31, 2007.  This extension is necessitated by the fact that when Sherwin-Williams went to file its Motion for Summary Judgment/Adjudication on November 22, 2006, it was advised that the soonest available January hearing date was January 16, 2007 and that the latest available December hearing date was December 11, 2006.

   Sherwin-Williams was diligent in its efforts to secure a hearing date and attempt to file its Motion well in advance of the January 7, 2007 specified completion date.  Specifically,

PDF created with pdfFactory trial version www.pdffactory.com

discovery in this case closed on November 7, 2006 and Sherwin-Williams promptly prepared its Rule 56 Motion within the following two weeks so that it would be ready for filing on or before November 22, 2006, well in advance of the January 7th hearing deadline.  Pursuant to the Court's rules a hearing date is scheduled when the Motion is filed and cannot be reserved in advance.  Sherwin-Williams was also previously unaware that hearings would not be conducted throughout the end of December or early January because of the holidays.

No prejudice will result to the parties or the Court for this brief stipulated extension.  Significantly, no other dates on the scheduling order need to be extended and the April 9, 2007 Pre-Trial Conference and August 14, 2007 Trial dates will not be impacted.  Additionally, no other dates in the scheduling order need to be extended.

Sherwin-Williams is currently ready to file its Motion and thus, contingent upon the prompt execution and approval of this Stipulation, it should be able to obtain the January 16, 2007 hearing date.  Accordingly, this would result in merely a nine (9) day extension of the current January 7th deadline.  Nonetheless, in an abundance of caution an extension until January 31st is requested in the event the January 16th hearing date is no longer available upon approval of this stipulation.

This stipulation may be executed in counterparts and as executed shall constitute one stipulation that is binding on all parties hereto.  The parties further stipulate that faxed signatures may be filed with the Court.

IT IS SO STIPULATED:

DATED: November __27__, 2006             BULLIVANT HOUSER BAILEY PC


                                          By _____ s/s Taylor
                                             Kelli L. Taylor
                                             Attorneys for Defendant Sherwin-Williams
                                             Company, erroneously sued herein as Sherwin-
                                             Williams Corp.

– 2 –

STIPULATION AND ORDER TO EXTEND TIME FOR HEARING ON MOTION FOR SUMMARY
JUDGMENT FROM JANUARY 7 UNTIL JANUARY 31, 2007

Case No:  2:05 CV-1690 LKK DAD

PDF created with pdfFactory trial version www.pdffactory.com

1  DATED:  November  27   , 2006

By _____ s/s Baumbach
Larry Baumbach
Attorney for Plaintiffs

6  DATED:  November  27   , 2006

By _____ s/s Kilday
Bruce Kilday
Attorney for defendant The City of Chico

**O R D E R**

It is so ordered.

DATED:  November 28, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

– 3 –
STIPULATION AND ORDER TO EXTEND TIME FOR HEARING ON MOTION FOR SUMMARY
JUDGMENT FROM JANUARY 7 UNTIL JANUARY 31, 2007

Case No:  2:05 CV-1690 LKK DAD

PDF created with pdfFactory trial version www.pdffactory.com